Herbert H. Holton, Respondent, v. Ellis Soper, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Reliable Piece Dye Works, Inc., Appellant, v. Myles Realty Company, Defendant. Vincent Verratti, Doing Business as Irridescent Dye Works, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

James V. Worth, Respondent, v. New Diamond Point Pen Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Mammala Corporation, Appellant, v. Isadoro Altman and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Joseph Cederbaum and Another, Copartners, etc., Appellants, v. Commercial Ink Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Thomas A. Howell and Others, Respondents, v. Alfred O. Hoyt and Another, as Executors, etc., of Henry R. Hoyt, Deceased, Appellants, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

David Solomon, Respondent, v. Joseph J. Kahn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Julia Elizabeth Kelly, Respondent, v. Daniel Kelly, Appellant.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Philip Feust, Appellant, v. Belle Feust, Respondent.— Order modified by striking out the provision for the payment of twenty-five dollars a week to the defendant during the pendency of the action, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Mutual Life Insurance Company of New York, Appellant, v. Thomas Sexton, Respondent.— Order entered September 8, 1927, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the appeal from order entered October 3, 1927, dismissed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.